UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MacDermid Offshore Solutions, LLC | § § | CASE NO: 4:12-cv-02483 |
| Plaintiff, | § § | |
| v. | § § | Judge Melinda Harmon |
| Niche Products, LLC and Niche Products, Ltd. | § § § § | JURY TRIAL DEMANDED |
| Defendants. | | |

## ORDER OF DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on this day came on to be heard the parties' Joint Motion to Dismiss with Prejudice. The Court, having considered the Motion, finds that it should be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED that this action and all claims asserted by the parties to this action are DISMISSED WITH PREJUDICE. Each party shall pay its own attorneys' fees, expenses, and costs.

SIGNED this 24th day of September, 2014.

_____
JUDGE MELINDA HARMON

483855.3